IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| S3G TECHNOLOGY LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>CHICK-FIL-A, INC.,<br><br>       Defendant. | Case No. 2:20-CV-114<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF S3G TECHNOLOGY LLC'S ANSWER TO THE COUNTERCLAIMS OF DEFENDANT CHICK-FIL-A, INC.**

Plaintiff S3G Technology LLC ("S3G") hereby responds as follows to the Counterclaims of Defendant Chick-Fil-A, Inc. ("Chick-Fil-A") asserted in response to S3G's Complaint for Patent Infringement. S3G expressly denies that Chick-Fil-A is entitled to any relief whatsoever in connection with its Counterclaims, including, but not limited to, all relief requested in the Prayer for Relief in Chick-Fil-A's Counterclaims.

**THE PARTIES**

1. Responsive to Counterclaim Paragraph 1, based on information and belief, S3G admits the allegations.

2. Responsive to Counterclaim Paragraph 2, S3G admits the allegations.

**JURISDICTION AND VENUE**

3. Responsive to Counterclaim Paragraph 3, S3G admits the allegations.

4. Responsive to Counterclaim Paragraph 4, S3G admits that venue is proper in this District.

## FIRST COUNTERCLAIM

5. Responsive to Counterclaim Paragraph 5, S3G admits the allegations.

6. Responsive to Counterclaim Paragraph 6, S3G denies the allegations.

## SECOND COUNTERCLAIM

7. Responsive to Counterclaim Paragraph 7, S3G admits the allegations.

8. Responsive to Counterclaim Paragraph 8, S3G denies the allegations.

## THIRD COUNTERCLAIM

9. Responsive to Counterclaim Paragraph 9, S3G admits the allegations.

10. Responsive to Counterclaim Paragraph 10, S3G denies the allegations.

## FOURTH COUNTERCLAIM

11. Responsive to Counterclaim Paragraph 11, S3G admits the allegations.

12. Responsive to Counterclaim Paragraph 12, S3G denies the allegations.

## FIFTH COUNTERCLAIM

13. Responsive to Counterclaim Paragraph 13, S3G admits the allegations.

14. Responsive to Counterclaim Paragraph 14, S3G denies the allegations.

## SIXTH COUNTERCLAIM

15. Responsive to Counterclaim Paragraph 15, S3G admits the allegations.

16. Responsive to Counterclaim Paragraph 16, S3G denies the allegations.

## RELIEF REQUESTED

WHEREFORE, S3G prays that this Court enter judgment against Chick-Fil-A on Chick-Fil-A's Counterclaims as follows:

(a) Dismissing Chick-Fil-A's Counterclaims with prejudice and ordering that Chick-Fil-A is entitled to no recovery whatsoever on its Counterclaims, including without limitation all relief sought in Chick-Fil-A's Prayer for Relief in its Counterclaims;

    (b)    Ordering that this is an exceptional case, pursuant to 35 U.S.C. § 285, and

    (c)    Awarding S3G its attorney fees and full costs of suit; and

    (d)    Awarding S3G such other and further relief as this Court deems just and appropriate.

## JURY DEMAND

S3G demands a jury trial on all issues so triable.

DATED:  July 21, 2020                Respectfully Submitted,

By: */s/ Gregory S. Cordrey*
Stanley M. Gibson
Gregory S. Cordrey
Jessica P.G. Newman
**JEFFER MANGELS BUTLER & MITCHELL LLP**
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Telephone:  (310) 203-8080
Facsimile:  (310) 203-0567
E-mail:  smg@jmbm.com
E-mail:  gxc@jmbm.com
E-mail:  jxn@jmbm.com

Charles Ainsworth
State Bar No.  00783521
Robert Christopher Bunt
State Bar No. 00787165
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, TX 75702
903/531-3535
903/533-9687
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

COUNSEL FOR PLAINTIFF S3G TECHNOLOGY LLC

68109427v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 21st day of July, 2020, with a copy of the document via electronic mail at the email addresses listed immediately below.

      Robert L Lee
      Emily Chambers Welch
      Alston & Bird LLP - Atlanta
      One Atlantic Center
      1201 West Peachtree Street NW #4900
      Atlanta, GA 30309-3424
      Email: bob.lee@alston.com
            emily.welch@alston.com

      Brady Cox
      Alston & Bird LLP
      2200 Ross Avenue, Suite 2300
      Dallas, TX 75201
      Email: brady.cox@alston.com

      */s/ Gregory S. Cordrey*
      GREGORY S. CORDREY