# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| S3G TECHNOLOGY LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>Chick-fil-A, Inc.<br><br>      Defendant. | Case No. 2:20-cv-114-JRG<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF AGREED DOCKET CONTROL ORDER

Plaintiff S3G Technology LLC and Defendant Chick-fil-A, Inc. file this Joint Motion for Entry of Agreed Docket Control Order attached hereto.

DATED: August 3, 2020.  Respectfully Submitted,

*/s/ Charles Ainsworth*
Charles Ainsworth
State Bar No. 00783521
Robert Christopher Bunt
State Bar No. 00787165
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 418
Tyler, TX 75702
903/531-3535
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

Stanley M. Gibson
Gregory S. Cordrey
Jessica P.G. Newman
**JEFFER MANGELS BUTLER & MITCHELL LLP**
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

1

E-mail: smg@jmbm.com
E-mail: gxc@jmbm.com
E-mail: jxn@jmbm.com

**COUNSEL FOR PLAINTIFF**


*/s/ Robert L. Lee (with permission)*
Robert L. Lee
(Georgia Bar No. 443,978)
Bob.Lee@alston.com
Emily C. Welch
(Georgia Bar No. 606,071)
Emily.Welch@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree St. NE
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777


*Counsel for Defendant*
*Chick-fil-A, Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 3rd day of August, 2020, with a copy of this document via the Court's CM/ECF system.

/s/ *Charles Ainsworth*
CHARLES AINSWORTH