**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| S3G TECHNOLOGY LLC, | Case No. 2:20-CV-114 |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| CHICK-FIL-A, INC., | |
| Defendant. | |

**JOINT MOTION TO STAY ALL DEADLINES AND
NOTICE OF SETTLEMENT**

Plaintiff S3G Technology LLC ("S3G") and Defendant Chick-fil-A, Inc. ("Chick-fil-A")
have reached a settlement in principle to resolve the claims asserted in this case between them.
Accordingly, pursuant to this Court's Standing Order Regarding Proper Notification of
Settlement to the Court and subject to this Court's approval, S3G and Chick-fil-A request that
the Court stay all deadlines for thirty (30) days so that appropriate dismissal papers may be
submitted upon finalization of a written settlement agreement.  S3G and Chick-fil-A anticipate
filing a stipulation of dismissal within 30 days.

DATED:  October 21, 2020

Respectfully Submitted,

By: */s/ Gregory S. Cordrey*
Stanley M. Gibson
Gregory S. Cordrey
Jessica P.G. Newman
**JEFFER MANGELS BUTLER & MITCHELL
LLP**
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Telephone:  (310) 203-8080
Facsimile:  (310) 203-0567
E-mail:  smg@jmbm.com
E-mail:  gxc@jmbm.com
E-mail:  jxn@jmbm.com

1

Charles Ainsworth
State Bar No.  00783521
Robert Christopher Bunt
State Bar No. 00787165
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, TX 75702
903/531-3535
903/533-9687
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

COUNSEL FOR PLAINTIFF S3G
TECHNOLOGY LLC

DATED:  October 21, 2020

By: *_/s/ Robert L. Lee (with permission)_*
Robert L. Lee
Emily Chambers Welch
**ALSTON & BIRD LLP - ATLANTA**
One Atlantic Center
1201 West Peachtree Street NW #4900
Atlanta, GA 30309-3424
404/881-7635
Fax: 404/881-7777
Email: bob.lee@alston.com
        emily.welch@alston.com

Brady Cox
(State Bar No. 24074084)
**ALSTON & BIRD LLP**
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Tel.:  (214) 922-3400
Fax:  (214) 922-3899
Email:  brady.cox@alston.com

COUNSEL FOR DEFENDANT CHICK-FIL-A,
INC.

**CERTIFICATE OF SERVICE**

I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 21st day of October, 2020, with a copy of the document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ *Gregory S. Cordrey*
GREGORY S. CORDREY

3