**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| S3G TECHNOLOGY, LLC, § § *Plaintiff*, § § v. § § CHICK-FIL-A, INC., § § *Defendant*. § | Case No. 2:20-cv-00114-JRG-RSP |

## ORDER

Before the Court is the Stipulation of Dismissal ("Stipulation") filed by Plaintiff S3G Technology LLC and Defendant Chick-fil-A, Inc. (Dkt. No. 30.) In light of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(ii), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 8th day of December, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE